UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

JOSEPH MAULDIN

                Plaintiff,

                                                                       **ORDER**

     v.                                                                       11-CV-107-A

MICHAEL KIFF, et al.,

                Defendants.

_____

       This action was referred to Magistrate Judge H. Kenneth Schroeder, Jr., for pretrial proceedings pursuant to 28 U.S.C. § 636(b)(1).  On March 26, 2014, Magistrate Judge Schroeder filed a Report and Recommendation (Dkt. 55), recommending that the defendants' motion for summary judgment (Dkt. 43) be granted.

       The Court has reviewed the Report and Recommendation, and the record in the case, and no objections having been timely filed, it is hereby

       **ORDERED**, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation (Dkt. 55), defendants' motion for summary judgment (Dkt. 43) is granted.

       The Clerk of Court shall take all steps necessary to close the case.

       **IT IS SO ORDERED.**


                                                      ___*Richard J. Arcara*_____
                                                      HONORABLE RICHARD J. ARCARA
                                                       UNITED STATES DISTRICT COURT

Dated: June 16, 2014